ESTADOS UNIDOS DE AMÉRICA, demandante y apelado, *v.* RAFAEL HERRERA DÍAZ, acusado y ADRIÁN NELSON, interventor y apelante.

No. 4814.—*Sometido:* Diciembre 14, 1932. *Resuelto:* Diciembre 24, 1932.

*J. M. Calderón Jr., y De la Torre & Ramírez,* abogados del apelante;
*José G. González, Fiscal Insular de Prohibición* y *R. A. Gómez,
Fiscal del Tribunal Supremo,* abogados del apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del
tribunal.

Nelson era un traficante de automóviles. Un *chauffeur*
que dijo tener el dinero necesario para efectuar un pago de
contado, estaba gestionando la compra de un automóvil usado.
Con permiso de un agente vendedor sacó el automóvil para
probarlo. En la noche del siguiente día fué arrestado por
transportar licores y el automóvil fué confiscado. Nelson
apela de una resolución dictada después de ser convicto el
*chauffeur,* en que el juez de distrito decidió que la prueba
aportada por Nelson era insuficiente y en que se negó la de-
volución del automóvil.

La propiedad del vehículo fué establecida fuera de toda
duda razonable. El agente vendedor que permitió que el
*chauffeur* sacara el automóvil para probarlo le había cono-
cido por espacio de un año como empleado del doctor Vélez
López. Nada hay que indique que el *chauffeur* hubiese sido
anteriormente culpable de mala conducta. El agente ven-
dedor no tenía conocimiento de nada que desacreditara al
*chauffeur* y no tenía razón alguna para sospechar que éste
fuese un contrabandista. Nada había que pudiera poner a
Nelson o a su agente vendedor a la expectativa. El *chauffeur*
obtuvo posesión del automóvil el 23 de diciembre. Se suponía
que lo devolviera antes de las 6 de la tarde. Al siguiente día
se le buscó infructuosamente. La primera noticia recibida
por Nelson respecto al paradero del *chauffeur* fué que éste
había sido arrestado el día de Nochebuena por transportar
ilegalmente una botella de champaña. Cuando el vendedor

348

permitió que el *chauffeur* sacara el automóvil por varias horas dos días antes de Navidad, no tenía razón alguna para anticipar que su comprador en perspectiva se quedaría con el carro durante los días de fiesta, o que los funcionarios de prohibición se incautarían de éste, y Nelson no asumió el riesgo de la confiscación del vehículo.

*Debe revocarse la resolución apelada.*